## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JENIA THURMAN**                                                               **PLAINTIFF**

**V.**                                      **4:25CV00500 JM**

**STATE FARM FIRE AND CASUALTY COMPANY**                    **DEFENDANT**

### ORDER OF DISMISSAL

This case is dismissed without prejudice due to settlement. The trial scheduled for August 28, 2026 is cancelled. The Court retains jurisdiction for purpose of enforcing the settlement agreement. The pending motion to stay (Doc. No. 18) is MOOT. The Clerk is directed to close the case.

IT IS SO ORDERED this 29th day of April, 2026.

_____
James M. Moody Jr.
United States District Judge